NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHELLE BARBARA BUSH,**
*Petitioner,*

v.

**FEDERAL TRADE COMMISSION,**
*Respondent,*

AND

**JILL E. COLEMAN,**
*Respondent.*

---

2010-3113

---

Petition for review of the Merit Systems Protection Board.

---

**ON MOTION**

---

Before LINN, DYK, and PROST, *Circuit Judges.*

PER CURIAM.

**ORDER**

Michelle Barbara Bush moves for reconsideration of the court's October 27, 2010 order dismissing her petition for review for lack of jurisdiction.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL   7 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michelle B. Bush
     Patryk J. Drescher, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 07 2011

JAN HORBALY
CLERK